IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>   -v-<br><br>B.B. CRAFTS INC.,<br><br>                Defendant. | Civil Case Number:  1:20-cv-06313-JMF |

**~~[PROPOSED]~~ DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 25, 2020 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:20-cv-06313-JMF**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS**  __30th__  day of November 2020.

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAMON JAQUEZ, on behalf of himself and all others
similarly situated,                                                                    Civil Case No.: 1:20CV06313

                                  Plaintiff,                    **STIPULATION OF**
      -against-                                                                               **DISMISSAL**

B.B. CRAFTS INC.,

                                  Defendant.
-----------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice, with each party to bear its own fees and costs.

        **IT IS FURTHER STIPULATED AND AGREED,** Defendant is committed to improving the accessibility of its Website: www.bbcrafts.com. Defendant shall improve the accessibility of the Website by October 31, 2021 in accordance with Web Content Accessibility Guidelines ("WCAG") WCAG 2.1.

        **IT IS FURTHER STIPULATED AND AGREED,** that, notwithstanding anything contained herein, the Website shall be permitted to link to web content owned or operated by others containing Third-Party Content (as defined below) that may not be accessible to individuals with disabilities. The term "Third-Party Content" refers to web content that is not developed, owned, or operated by Defendant. The Parties agree Defendant is not responsible for the accessibility of such Third-Party Content.

IT IS FURTHER STIPULATED AND AGREED, that notwithstanding anything contained herein, if the ADA is amended, if the Supreme Court or any U.S. Circuit Court of Appeals recognizes a standard for website accessibility, or if the DOJ promulgates a final ADA Title III regulation setting out a website accessibility standard during the term of this Agreement, Defendant will commence reasonable and necessary efforts to ensure legal compliance with such standards within the time frames set forth in the law, guidelines, or regulations.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: Woodbury, New York  
      November 25, 2020

KAUFMAN DOLOWICH & VOLUCK, LLP  
*Attorneys for Defendant*

_____  
Jennifer E. Sherven, Esq.  
Erika H. Rosenblum, Esq.  
135 Crossways Park Drive, Suite 201  
Woodbury, New York 11797  
(516) 681-1100

Dated:   Asbury Park, New Jersey  
      November 25, 2020

MARCUS & ZELMAN, LLC  
*Attorneys for Plaintiff*

_____  
Yitzchak Zelman, Esq.  
701 Cookman Avenue, Suite 300  
Asbury Park, New Jersey 07712  
(732) 695-3282

SO ORDERED:

_____  
November 30, 2020

4821-4232-9552, v. 1